IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUZZFEED, INC.,<br><br>　　　　Defendant. | C.A. No. 1:21-cv-01362-CFC<br><br>**JURY TRIAL DEMANDED** |

## BUZZFEED'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant BuzzFeed, Inc. ("BuzzFeed") respectfully moves this Court to dismiss Plaintiff Nimitz Technologies LLC's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in BuzzFeed's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

|  |  |
|---|---|
| Dated: October 19, 2021 | **FISH & RICHARDSON P.C.**<br><br>By: */s/ Jeremy D. Anderson*<br>     Jeremy D. Anderson (#4515)<br>     222 Delaware Ave., 17th Floor<br>     Wilmington, DE 19801<br>     (302) 652-5070 (Telephone)<br>     janderson@fr.com<br><br>     Neil J. McNabnay<br>     Lance Wyatt<br>     1717 Main Street, Suite 5000<br>     Dallas, TX 75201<br>     (214) 747-5070 (Telephone)<br>     mcnabnay@fr.com<br>     wyatt@fr.com<br><br>**ATTORNEYS FOR DEFENDANT BUZZFEED, INC.** |