# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BUZZFEED, INC.,**<br><br>Defendant. | Case No. 1:21-cv-01362-CFC |

## STATEMENT IN RESPONSE TO THE COURT'S STANDING ORDER REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Plaintiff Nimitz Technologies LLC states that Plaintiff has not entered into any arrangement with a Third-Party Funder, as defined in the Court's Standing Order Regarding Third-Party Litigation Funding Arrangements.

Dated: May 25, 2022

Respectfully submitted by:

*/s/ George Pazuniak*
George Pazuniak (#478)
O'Kelly & O'Rourke, LLC
824 N. Market Street
Suite 1001A
Wilmington, DE 19801
(302) 478-4230
gp@del-iplaw.com

*Attorney for Plaintiff Nimitz Technologies LLC*