IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Nimitz Technologies LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>BuzzFeed, Inc.,<br><br>      Defendant. | Case No. 1:21-cv-01362-CFC |

**STIPULATED DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure which states that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared, Plaintiff Nimitz Technologies LLC ("Nimitz") and Defendant BuzzFeed, Inc. ("BuzzFeed") stipulate to dismiss Nimitz's claims with prejudice, and dismiss BuzzFeed's counterclaims without prejudice, with each Party to bear their own costs, expenses, and attorneys' fees.

*/s/ George Pazuniak*
George Pazuniak (#478)
824 North Market Street, Suite 10001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiff*

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
Fish & Richardson P.C.
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE 19801
(302) 652-5070
janderson@fr.com

*Attorneys for Defendant*